Decided April 17, 1997

SAMUEL P. MILAZZO *v.* BARRY S. SCHWARTZ ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 44 Conn. App. 402 (AC 15579),
is denied.

*Dana P. Lonergan,* in support of the petition.

*Robert R. Petrucelli,* in opposition.

Decided April 17, 1997